**00 - 10029 CR-MOORE**

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 - 10029 - CR - Moore

18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2252A(a)(5)(B)

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

vs.

DIETER CHARLES VOGT

_____/

FILED by _____ D.C.

NOV 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 15, 2000, at Monroe County, in the Southern District of Florida, the defendant,

**DIETER CHARLES VOGT,**

did knowingly possess one or more matters which contained visual depictions which were produced using materials, that is, computers, which were shipped or transported in interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, to wit: computer/disk stored images with the file names "s00_jan.mpg"; "rbv048.mpg"; "pjk13.mpg"; "rbv038.mpg"; "romania.mpg"; "hotel_1.mpg"; "romani_1.mpg"; "vhs5_15.mpg"; "dscn1.mpg"; "pjk15.mpg"; "rbf16.mpg"; "s00_an_1.mpg";

"s00_an2.mpg"; "s00_sw_1.mpg"; "s00_tw_2.mpg"; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT II

On or about September 15, 2000, at Monroe County, in the Southern District of Florida, the defendant,

**DIETER CHARLES VOGT,**

did knowingly possess one or more computer disks and other matters which contained an image of child pornography that was produced using materials, that is, computers, which were shipped or transported in interstate and foreign commerce, to wit: images with the file names "s00_jan.mpg"; "rbv048.mpg"; "pjk13.mpg"; "rbv038.mpg"; "romania.mpg"; "hotel_1.mpg"; "romani_1.mpg"; "vhs5_15.mpg"; "dscn1.mpg"; "pjk15.mpg"; "rbf16.mpg"; "s00_an_1.mpg"; "s00_an2.mpg"; "s00_sw_1.mpg"; "s00_tw_2.mpg"; in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
BARBARA JEAN THRONE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA

CASE NO. 00-10029-CR-Moore

v.

CERTIFICATE OF TRIAL ATTORNEY*

DIETER CHARLES VOGT

MAGISTRATE JUDGE
O'SULLIVAN

**Superseding Case Information:**

New Defendant(s)    Yes __ No __
Number of New Defendants _____
Total number of counts _____

FILED by ___ D.C.
NOV 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

**Court Division:** (Select One)

___ Miami    _X_ Key West
___ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    __NO__
   List language and/or dialect _____

4. This case will take __3__ days to try

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days    _X_
   II   6 to 10 days   ___
   III  11 to 20 days  ___
   IV   21 to 60 days  ___
   V    61 days and over ___

   (Check only one)
   Petty    ___
   Minor    ___
   Misdem.  ___
   Felony   _X_

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                          _____
                                          BARBARA JEAN THRONE
                                          ASSISTANT UNITED STATES ATTORNEY
                                          BAR NO. 776505

# 00-10029 CR-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

FILED by _____ D.C.

NOV 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - KEY WEST

Defendant's Name: DIETER CHARLES VOGT

CASE NO. _____

Count # I

POSSESSION OF CHILD PORNOGRAPHY

TITLE 18, UNITED STATES CODE, SECTION 2252(a)(4)(B)

*Max. Penalty:  FIVE YEARS IMPRISONMENT

========================================================================
Count #   II

POSSESSION OF CHILD PORNOGRAPHY

TITLE 18, UNITED STATES CODE, SECTION 2252A(a)(5)(B)

*Max. Penalty: FIVE YEARS IMPRISONMENT

========================================================================
Count #


*Max. Penalty:
========================================================================
Count #


* Max. Penalty:
========================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.